IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SEARCH WARRANTS | Case No. 3:20MJ314 (RMS) |
| | **April 20, 2020** |

# MOTION FOR UNSEALING

The United States respectfully requests that the Court unseal the above captioned case and documents filed within the case. The Government has reviewed the filings and has determined that the facts justifying sealing no longer apply, or no longer outweigh the public's interest in access to the material, as the targets of the investigation have been arrested and charged by criminal complaint.

Dated: April 20, 2020

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY
*/s/*
PATRICK J. DOHERTY
ASSISTANT U.S. ATTORNEY
Fed Bar No. PHV10400
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700